

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL D. KARNS, | § | No. 08-13-00314-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| JALAPENO TREE HOLDINGS, L.L.C., MARK S. PARMERLEE, and PAUL BAMBREY, | § | of Dallas County, Texas |
| | § | (TC# CC-11-06890-E) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF FEBRUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.